

TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: tim.racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATHLEEN ROSELYN CANTLON,<br><br>Defendant. | CR 15- 12 -M- DLC<br><br>INDICTMENT<br><br>INTERSTATE MAILING OF A FIREARM AND AMMUNITION<br>(Count I)<br>Title 18 U.S.C. § 922(e)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>POSSESSION OF A FIREARM AND AMMUNTION BY A PERSON WHO HAS BEEN COMMITTED TO A MENTAL INSTITUTION<br>(Count II)<br>Title 18 U.S.C. § 922(g)(4)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>FORFEITURE<br>Title 18 U.S.C. § 924(d) |
|---|---|

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about May 11, 2015, at Troy, in the State and District of Montana, the defendant, CATHLEEN ROSELYN CANTLON, did knowingly cause a package containing a firearm and ammunition to be delivered to a common carrier for transportation and shipment in interstate commerce to persons other than licensed importers, manufacturers, dealers, and collectors, without written notice to the carrier that such firearm and ammunition were being transported and shipped, in violation of 18 U.S.C. § 922(e).

## COUNT II

That on or about May 11, 2015, at Troy, in the State and District of Montana, the defendant, CATHLEEN ROSELYN CANTLON, having been committed to a mental institution in 2014, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is a Taurus .22-caliber revolver and 53 rounds of .22-caliber ammunition, in violation of 18 U.S.C. § 922(g)(4).

## FORFEITURE ALLEGATION

Pursuant to 18 U.S.C. § 924(d), the defendant, CATHLEEN ROSELYN CANTLON, shall forfeit to the United States any firearm and ammunition involved in and used in the offenses charged in Counts I and II of this Indictment.

A TRUE BILL.

_____
FOREPERSON

/s/ M. Cotter
_____
MICHAEL W. COTTER
United States Attorney

/s/ J. Thaggard
_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓ _____

Warrant: _____

Bail: _____

6·29·2015 @ 2:00pm
Missoula, MT
Judge Lynch

3